THE PEOPLE OF PUERTO RICO, Plaintiff and Appellee, *v.*
ENRIQUE LÓPEZ RODRÍGUEZ, Defendant and Appellant.

No. CR-63-44.        Decided May 31, 1963.

*Benjamín Ortiz* for appellant. *Rodolfo Cruz Contreras, Acting
Solicitor General,* and *J. F. Rodríguez Rivera, Assistant
Solicitor General,* for The People.

Division composed of Mr. Justice Pérez Pimentel, as Chief
Judge of Division, Mr. Justice Rigau, and Mr. Justice
Dávila.

PER CURIAM: The evidence on defendant's state of intoxi-
cation was conflicting. That of the district attorney tended
to show that when the automobile accident occurred, one of
the automobiles being operated by defendant, the latter
smelled of liquor, staggered, talked incoherently and zig-
zagged, the police sergeant concluded that defendant was in a ·
state of intoxication; that defendant was at a farewell party
for his brother who was leaving for the United States;
although at first defendant consented to submit to a blood or
urine test, he refused to do so when he arrived at the hospital.
The defense evidence tended to show that defendant did not
smell of liquor, talked coherently and did not stagger, that
his condition was normal and not in a state of intoxication.

---

The conflict in the evidence was resolved against defendant. The trial court gave credit to the prosecution evidence and this is sufficient to support the conviction. *People* v. *Cabrera*, 84 P.R.R. 94 (1961); *People* v. *Monroig*, 87 P.R.R. 622 (1963). We will not interfere with the sound discretion of the trial judge in weighing the evidence, nor constitute ourselves a trial court in order to substitute our criterion for that of the former and make our own weighing of the facts, except under circumstances showing that the trial court acted with manifest error, prejudice or partiality. That has been the unwavering norm of this Court and we will not depart from it. *People* v. *Ordein*, 86 P.R.R. 458 (1962); *People* v. *Santana*, 79 P.R.R. 116 (1956); *People* v. *Aquino*, 79 P.R.R. 17 (1956); *People* v. *Garcés*, 78 P.R.R. 95 (1955); *People* v. *Blanco*, 68 P.R.R. 862 (1948); *People* v. *Otero*, 67 P.R.R. 717 (1947).

The judgment appealed from will be affirmed.